IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**MATTIE WASHINGTON JONES**                                                              **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO. 5:08-cv-00017-DCB-JMR**

**MELVIN MCCOLLOGH and**
**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                                                    **DEFENDANTS**

## FINAL JUDGMENT REGARDING DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

THIS cause having come before the Court on Defendant State Farm Mutual Automobile Insurance Company's Motion for Dismissal and for entry of a F.R.C.P. 54(b) Final Judgment of Dismissal with prejudice as to Plaintiff Mattie Washington Jones' claims against Defendant State Farm, and for a dismissal without prejudice as to Defendant State Farm's Cross-Claim against Defendant Melvin McCollogh, and the Court, being advised in the premises that counsel for Plaintiff Jones and counsel for Defendant McCollogh have no objection to granting the relief requested by Defendant State Farm, the Court hereby finds that Defendant State Farm Mutual Automobile Insurance Company's Motion for Dismissal is well taken and should be, and is hereby sustained.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant State Farm Mutual Automobile Insurance Company's Motion for Dismissal is sustained, and the Court finds that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure that there is no just reason for delay and hereby expressly directs the entry of final judgment dismissing with prejudice all claims against Defendant, State Farm Mutual Automobile Insurance Company; and

The Court further directs the entry of final judgment dismissing without prejudice Defendant

State Farm Mutual Automobile Insurance Company's Cross-Claim against Defendant McCollogh, with all parties to bear their own costs.

**SO ORDERED AND ADJUDGED**, this the   25th   day of February, 2008.


                                          s/ David Bramlette
                                   UNITED STATES DISTRICT COURT JUDGE


Submitted by:

*/s/Jeremy T. Hutto*
Philip W. Gaines (MSB #4368)
Jeremy T. Hutto (MSB #101740)
Currie Johnson Griffin Gaines & Myers, P.A.
P.O. Box 750
Jackson, MS 3905-0750
Tel:  (601) 969-1010
Fax: (601) 969-5120
pgaines@curriejohnson.com
jhutto@curriejohnson.com
*Attorneys for Defendant State Farm Mutual*
*Automobile Insurance Company*