IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MATTIE WASHINGTON JONES                                                                PLAINTIFF

VS.                                                         CIVIL ACTION NO. 5:08-cv-00017-DCB-JMR

MELVIN MCCOLLOGH and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                     DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on the motion *ore tenus* of the Plaintiff and Melvin McCollogh to dismiss the Plaintiff's cause of action against Melvin McCollogh with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that the Plaintiff's cause against Melvin McCollogh has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's cause against Melvin McCollogh be, and the same is hereby, dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 2nd day of June, 2008.

                                                        s/ David Bramlette
                                               UNITED STATES DISTRICT COURT JUDGE

APPROVED AND AGREED:

s/ DON H. EVANS
DON H. EVANS - BAR # 5259
donevanslawfirm@bellsouth.net
      Attorney for Mattie Washington Jones

s/ GERALD L. KUCIA
GERALD L. KUCIA - BAR # 8716
gkucia@danielcoker.com
      Attorney for Melvin McCollogh